IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SAMUEL FAGAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D16-2269

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed August 11, 2016.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Samuel Fagan, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Tallahassee Bureau Chief, Criminal Appeals, Tallahassee, for Appellee.

PER CURIAM.

Appellee's motion to dismiss, filed on June 14, 2016, is granted, and the appeal is dismissed. The dismissal is without prejudice to appellant to seek appellate review, if appropriate, upon the rendition of a final order disposing of the motion to correct illegal sentence.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.